No. **CR - 08 00285 PVT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

E-FILING

Filed
APR 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## THE UNITED STATES OF AMERICA

*vs.*

## TOMAS RODRIGUEZ-MARI

## INDICTMENT

**COUNT ONE:**   Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

*Filed in open court this* 30 *day of* April

*A.D.* 2008

_____
United States Magistrate Judge

Bail. $ No process

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

**Filed**

APR 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08 00285 PVT |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| TOMAS RODRIGUEZ-MARI, | |
| Defendant. | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about March 22, 2008, the defendant,

TOMAS RODRIGUEZ-MARI,

an alien, previously having been arrested and deported from the United States on or about October 23, 1991 and January 30, 2006, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in

//

INDICTMENT

1  violation of Title 8, United States Code, Section 1326.

3  DATED: 4/30/08                              A TRUE BILL.

                                               *[signature]*
                                               FOREPERSON

   JOSEPH P. RUSSONIELLO
7  United States Attorney

   *[signature]*
10 DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch Office

13 Approved as to form: *[signature]*
                        SAUSA B. KENNEDY

   INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

**DEFENDANT - U.S.**

▶ TOMAS RODRIGUEZ-MARIN

Filed
APR 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DISTRICT COURT NUMBER**

CR-08 00285 PVT   JW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    BENJAMIN KENNEDY

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: