UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** June 2, 2008
**Case No.:** CR-08-0285 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Peter Torreano
**U.S. Probation Officer:** N/A
**Interpreter:** Lupita Arce (Spanish)

## TITLE

U.S.A. v. Tomas Rodriguez-Mari ( C)

**Attorney(s) for Plaintiff(s):** Chad Mandell
**Attorney(s) for Defendant(s):** Manuel Arajuo

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant Rodriguez-Mari present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Court continued this matter to August 25, 2008 at 1:30 PM for Setting/Disposition.  Time is excluded from June 2, 2008 through August 25, 2008 for efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: