No. **CR - 08 00285 JW**   HRL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## *SAN JOSE DIVISION*

FILED
2008 AUG 13 P 2: 04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

## THE UNITED STATES OF AMERICA
## *vs.*
## TOMAS RODRIGUEZ-MARI

## SUPERSEDING INDICTMENT

**COUNT ONE:** Title 8, U.S.C. § 1326a(a) and (b) - Deported Alien Found in the United States

*A true bill.*

_____
Foreperson

Filed in open court this 13 day of August

A.D. 2008

_____
United States Magistrate Judge

*Bail. $* _____

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 AUG 13  P 2: 04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: CR 08-00285 JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Illegal Re-Entry Following Deportation |
| v. | ) | |
| | ) | |
| TOMAS RODRIGUEZ-MARI, | ) | SAN JOSE VENUE |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

On or about March 22, 2008, the defendant,

TOMAS RODRIGUEZ-MARI,

an alien, previously having been excluded, deported and removed from the United States on or about January 30, 2006, was found in the Northern District of California, the Attorney General of the United States and the Secretary of Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States.

SUPERSEDING INDICTMENT

It is further alleged that the defendant was removed from the United States subsequent to a conviction for commission of an aggravated felony.

All in violation of Title 8, United States code, Sections 1326(a) and (b)

DATED: 8/13/08                              TRUE BILL.

                                            *Ramona Will*
                                            FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID CALLAWAY
Deputy Chief, San Jose Branch

(Approved as to form: _____)
                     SAUSA CHAD MANDELL

SUPERSEDING INDICTMENT                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 13  P 2:04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

--- OFFENSE CHARGED ---

Title 8, U.S.C. § 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

E-FILING

**DEFENDANT - U.S.**
▶ TOMAS RODRIGUEZ-MARI

**DISTRICT COURT NUMBER**
CR-08 00285 JW
HRL

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  SAUSA CHAD MANDELL

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: