UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date:  August 25, 2008 | Court Reporter: Irene Rodriguez |
| Case No.: CR- 08-0285 JW | U.S. Probation Officer: N/A |
| Related Case No.: N/A | Interpreter: Lupita Arce (Spanish) |

## TITLE

U.S.A. v.  Tomas Rodriguez-Mari (C)

**Attorney(s) for Plaintiff(s):** Jeff Nedrow
**Attorney(s) for Defendant(s):** Manuel Arajuo

## PROCEEDINGS

Status Hearing re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held.  Defendant present and in custody for proceedings.  The Defendant was aided by a Spanish Language interpreter for proceedings.   The Defendant waived formal reading of rights and arraignment on the superseding indictment.  The defendant entered a plea of not guilty as to the superseding indictment.   The Court continued this matter to September 22, 2008 at 1:30 PM for Setting/Disposition.   Time is excluded from August 25, 2008 through September 22, 2008.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: