1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

5

6 | 150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5059

7 | Facsimile: (408) 535-5066

8 | Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

13 | UNITED STATES OF AMERICA,        )    CR 08-00285 JW
                                   )
14 |        Plaintiff,               )    STIPULATION TO CONTINUE
                                   )    SENTENCING HEARING AND
15 |        v.                      )    [PROPOSED] ORDER
                                   )
16 | TOMAS RODRIGUEZ-MARI,          )
                                   )
17 |        Defendant.              )
     _____  )

18

19    The United States and the defense, through their respective counsel, hereby stipulated that,

20 subject to the court's approval, the hearing date in the above-captioned matter, presently set for

21 December 15, 2008, be continued to Monday, January 26, 2009 at 1:30 p.m.  The continuance is

22 necessary, since counsel for the United States, Chad M. Mandell, has a scheduled jury trial before

23 Judge Jeremy Fogel on December 15, 2008.

24    U.S. Probation Officer Benjamin Flores has advised that he will be available on January 26,

25 //

26 //

27 //

28

2009, and has no objection to continuing the matter to that date.

Dated this 12th day of November, 2008.

                                        /s/
                             CHAD MANDELL
                             Special Assistant U.S. Attorney

Dated this 12th day of November, 2008.

                                        /s/
                             MANUEL U. ARAUJO
                             Assistant Federal Public Defender

    GOOD CAUSE APPEARING,

    IT IS ORDERED that the date set for the sentencing hearing on this case be continued from December 15, 2008 to January 26, 2008 at 1:30 p.m.

    Dated this __19__ day of November, 2008

                             JAMES WARE
                             United States District Judge

Copies to be served on:

CHAD M. MANDELL
Special Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara St., Suite 575
San Jose, CA 95113

BENJAMIN FLORES
U.S. Probation Officer
280 S. First St., Suite 106
San Jose, CA 95113